without costs. Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Application of THE LONG ISLAND RAILROAD COMPANY for the Elimination of Grade Crossings on Its Atlantic Division. RUDOLPH REIMER, Appellant; TRANSIT COMMISSION OF THE STATE OF NEW YORK and Others, Respondents. (Case No. 2711.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the Petition of QUEENS COUNTY BAR ASSOCIATION with Respect of LUKE G. LYNCH, JR. (Also Known as LUKE GEORGE LYNCH, JR.), an Attorney, Respondent.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. Respondent was convicted of the crime of grand larceny, first degree, in the County Court, Queens County. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to REGINALD P. RAY, an Attorney, Respondent.— Matter referred to Hon. J. Addison Young, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell and Close, JJ.; Taylor, J., not voting. [See, also, ante, p. 904.]

JAY E. JAMES, Respondent, v. S. J. GROVES & SONS CO., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

HARRY KERSHNAR and Others, Copartners Doing Business under the Firm Name and Style of KERSHNAR BROS. LIVE POULTRY MARKET, Respondents, v. MAX HELLER, as President, or SAM LEWIS, as Treasurer, of Chicken Drivers, Chauffeurs and Helpers Union Local No. 167, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

HARRY KERSHNAR and Others, Copartners Doing Business under the Firm Name and Style of KERSHNAR BROS. LIVE POULTRY MARKET, Respondents, v. MAX HELLER, as President, or SAM LEWIS, as Treasurer, of Chicken Drivers, Chauffeurs and Helpers Union Local No. 167, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.

KEW HOMESTEAD CORPORATION, Appellant, v. UNDERWRITERS TRUST COMPANY, Respondent.— Motion referred to the court that rendered the decision on the appeal. Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ. Motion granted to the extent of amending the decision of this court handed down April 15, 1940 [ante, p. 840], to read as follows: Action in conversion. Order denying plaintiff's motion, under section 325 of the Civil Practice Act, to punish the defendant for failing to obey the order of discovery and inspection, dated November 24, 1939, reversed on the law and the facts, with ten dollars costs and disbursements, the motion granted, with ten dollars costs, and defendant is debarred from denying plaintiff's valuation of the personal property as stated in the complaint. If defendant permits the inspection on the conditions hereinafter provided, it may apply at Special Term to be relieved of the said debarment. The plaintiff shall be permitted to conduct the inspection on the premises of the Home-